No. 6.  GRAND RIVER DAM AUTHORITY *v.* GRAND-HYDRO, 335 U. S. 359.  Rehearing denied.

No. 30.  KORDEL *v.* UNITED STATES, 335 U. S. 345. The petition for rehearing is denied for the reason that it was not filed within the time provided by Rule 33.

No. 148, Misc.  THIEL *v.* SOUTHERN PACIFIC Co., 335 U. S. 872.  Rehearing denied.

No. 164, Misc.  PRYOR *v.* CALIFORNIA, 335 U. S. 863. Rehearing denied.

DECEMBER 29, 1948.

No. 290, Misc.  MEHAFFEY *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

JANUARY 3, 1949.

*Per Curiam Decision.*

No. 413.  GEORGIA RAIL ROAD & BANKING Co. *v.* MUSGROVE, STATE REVENUE COMMISSIONER.  *Per Curiam:* Redwine substituted for Musgrove as appellee.  The motion to dismiss is granted and the appeal is dismissed for the reason that the judgment of the court below is based upon a non-federal ground adequate to support it.  MR. JUSTICE JACKSON is of the opinion that probable jurisdiction should be noted.  *James E. Harper, W. Inman Curry* and *Rembert Marshall* for appellant.  *Eugene Cook,* Attorney General of Georgia, *Claude Shaw,* Deputy Assistant Attorney General, and *Victor Davidson* for appellee.